Kristina N. Holmstrom, AZ 023384
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
kristina.holmstrom@ogletree.com
*Attorneys for Defendant Life Insurance*
*Company of North America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Moore,<br><br>                    Plaintiff,<br><br>          v.<br><br>Life Insurance Company of North America, a foreign insurance company, d/b/a Cigna Group Insurance, n/k/a New York Life Insurance Company,<br><br>                    Defendant. | No.  2:23-cv-01883-DWL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Plaintiff Timothy Moore ("Plaintiff") and Defendant, Life Insurance Company of North America ("LINA") hereby stipulate and agree that the time in which LINA may answer, move, or otherwise respond to the Complaint is extended 30 days to and including November 9, 2023. The current deadline is October 9, 2023.

LINA sought the extension, and Plaintiff agreed, to allow LINA's counsel time in which to gather and review the relevant materials, prepare the responsive pleading, and confer with her client before filing the responsive pleading.

This is the first requested extension. The extension is not sought for purposes of delay and is requested in good faith.

This Court has authority pursuant to Fed. R. Civ. P. 6(b)(1)(A) to extend the time for LINA to file an answer or otherwise plead.

RESPECTFULLY SUBMITTED this 28th day of September 2023.

/s/Erin Rose Ronstadt
Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
Ronstadt Law, PLLC
PO Box 34145
Phoenix, AZ  85067
Ph.: (602) 615-0050
Fax:  (602) 761-4443
erin@ronstadtlaw.com
kyle@ronstadtlaw.com

Mark D. DeBorsky (seeking *pro hac*)
De Bofsky Law, Ltd.
2 N. Riverside Plaza, Suite 1420
Chicago, IL  60606
Ph:  (312) 561-4040
Fax: (312) 600-4426
mdebofsky@debofsky.com

*Attorneys for Plaintiff Timothy Moore*

/s/Kristina N. Holmstrom
Kristina N. Holmstrom
Ogletree, Deakins, Nash, Smoak &
    Stewart, P.C.
Esplanade Center III
Valparaiso, IN 46383
Ph.: (602) 778-3724
Fax: (602) 778-3750
kristina.holstrom@ogletree.com

*Attorneys for Defendant Life Insurance Company of North America*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700